FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Mar 11 2026

KEVIN P. WEIMER , Clerk

By: James Jarvis
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action |
| v. | No. 1:26-MJ-275 |
| MATTHEW ALAN SOUZA | Under Seal |

## MOTION TO SEAL COMPLAINT AND WARRANT

The United States of America, by its counsel, Theodore S. Hertzberg, United States Attorney for the Northern District of Georgia, and Chloe Cobb Smith, Assistant United States Attorney, respectfully requests that the attached **Complaint and Warrant**, Motion to Seal, and Order be sealed for the following reasons:

The Defendant has not been arrested.

WHEREFORE, the United States respectfully requests that this Motion, the **Complaint and Warrant**, and ensuing Order be sealed.

Dated:  March 10, 2026.

THEODORE S. HERTZBERG
*United States Attorney*

*Chloe Cobb Smith*

CHLOE COBB SMITH
*Assistant United States Attorney*
Georgia State Bar No. 430611