ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 07 2026

KEVIN P. WEIMER, Clerk
By _____ deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

MATTHEW SOUZA

Criminal Indictment

No. **1:26CR149**

THE GRAND JURY CHARGES THAT:

### Count One

On or about July 15, 2025, in the Northern District of Georgia and elsewhere, the defendant, MATTHEW SOUZA (a/k/a @Alkhimyayiy a/k/a King $ouz a/k/a KingSouzzz), consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce that contained threats to injure the person of another; specifically, SOUZA posted on X (formerly known as Twitter), "I just want more jews dead / The more jew lives I take / The better a place the world can be / Death to the jewish people," all in violation of Title 18, United States Code, Section 875(c).

### Count Two

On or about July 22, 2025, in the Northern District of Georgia and elsewhere, the defendant, MATTHEW SOUZA (a/k/a @Alkhimyayiy a/k/a King $ouz a/k/a KingSouzzz), consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce that contained threats to

injure the person of another; specifically, SOUZA posted on X (formerly known as Twitter), "Death to every jew breathing / I can't wait for the war of America against Israel / The day I snipe a jew will put a huge smile on my face," in violation of Title 18, United States Code, Section 875(c).

### Count Three

On or about March 8, 2026, in the Northern District of Georgia, the defendant, MATTHEW SOUZA, in connection with the acquisition or purchase of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of said firearm, in that the defendant falsely represented his address, all in violation of Title 18, United States Code, Section 922(a)(6).

### Count Four

On or about March 8, 2026, in the Northern District of Georgia, the defendant, MATTHEW SOUZA, knowingly made a false statement and representation to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of a federally licensed firearms dealer, in that the defendant falsely represented his address, all in violation of Title 18, United States Code, Section 924(a)(1)(A).

2

## Forfeiture

Upon conviction of any of the offenses alleged in Counts Three and Four of this Indictment, the defendant, MATTHEW SOUZA, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense.

If, any property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A ___True___ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

3

CHLOE COBB SMITH
*Assistant United States Attorney*
Georgia Bar No. 430611

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181