U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2026R00225)

**FILED IN OPEN COURT**
U.S.D.C. - Atlanta

APR 07 2026

KEVIN P. WEIMER, Clerk
By· _____ Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:    Gwinnett

DISTRICT COURT NO.  1:26 CR149 –

MAGISTRATE CASE NO. 1:26-MJ-275-CCB

X Indictment
DATE: April 7, 2026

Information
DATE:

Magistrate's Complaint
DATE: 3/11/2026

**UNITED STATES OF AMERICA**
vs.
**MATTHEW ALAN SOUZA**

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

Is the defendant in custody?    Yes   X No
Will the defendant be arrested pending outcome of this proceeding?    Yes   X No
Is the defendant a fugitive?    Yes   X No
Has the defendant been released on bond?    X Yes   No
Defendant is released on bond from: NDGa on March 13, 2026
Will the defendant require an interpreter?    Yes   X No

District Judge:

Attorney:  Chloe Cobb Smith
Defense Attorney: