# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:26-cr-00149-VMC-JEM
## USA v. Souza
## Honorable Victoria M. Calvert

Minute Sheet for proceedings held In Open Court on 06/11/2026.

TIME COURT COMMENCED: 3:05 A.M.
TIME COURT CONCLUDED: 3:40 P.M.     COURT REPORTER: Wynette Blathers
TIME IN COURT: 00:35     DEPUTY CLERK: Velma Shanks
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Matthew Souza Present at proceedings |
| ATTORNEY(S) PRESENT: | Ross Brockway representing Matthew Souza<br>Chloe Smith representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | GUILTY PLEA AND PLEA AGREEMENT |
| MINUTE TEXT: | Guilty plea entered as to counts 1 & 2 of the Indictment. |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for 7/14/2026 at 1:30 PM in Courtroom 2105; |

Case 1:26-cr-00149-VMC-JEM    Document 21    Filed 06/11/26    Page 2 of 2